# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| CRISTOBAL PU-US, | § | |
| *Petitioner*, | § | |
| v. | § | |
| MARY DE ANDA YBARRA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. ATTORNEY GENERAL; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; ACQUISITION LOGISTICS LLC; and WARDEN OF DOW DETENTION FACILITY AT FORT BLISS, | § | No. 3:25-CV-00417-LS |
| *Respondents*. | § | |

## ORDER SETTING SHOW CAUSE HEARING

In this case, Petitioner Cristobal Pu-Us voluntarily sought dismissal because he "wishes to voluntarily dismiss the case."[1] Four days later, Petitioner essentially refiled the same habeas case, in cause number 3:26-cv-00164-LS, before this same Court. Counsel shall appear for a live show cause hearing to explain why sanctions should not be imposed for vexatious or frivolous pleadings. The hearing will be on **February 4, 2026**, at **9:00 a.m.** in the District Courtroom, Room 622, on

---

[1] ECF No. 7 at 1.

the sixth floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas. The Court further orders that Petitioner Cristobal Pu-Us be present for the hearing.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 28, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**